# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 13, 2022

## NO. 03-21-00568-CV

**Marwan Alsuhaili, Appellant**

**v.**

**Austin Roadside Services, Inc., and Ruth Bueschel Strackany, Appellee**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on August 9, 2021. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.